IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | 1:08cr467 (JCC) |
| v. | ) | |
| | ) | |
| Ana Joya De Alfaro | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on the petition of Maria Digna Blano, asserting $500.00 in forfeited property and the petition of Alicia E. Flores asserting $205.00 in forfeited property. For the reasons set for below the petition are denied.

I.

On October 21, 2008, defendant Ana Joya De Alfaro was stopped at Washington Dulles International Airport with $28,340.00 in United States currency concealed in her carry-on items. On November 19, 2008, the defendant plead guilty to bulk cash smuggling, in violation of 31 U.S.C.§ 5332 and was sentenced to time served. A Consent Order of Forfeiture was entered on November 20, 2008.

Petitioners allege in their affidavits "....that on October of 2008, I gave the defendant Ana Joya De Alfaro, the amount of $500.00 and $205.00" respectively. No details are set forth.

An unsecured creditor has no legal interest in the forfeited property. *United States v. Schecter*, 251 F.3d 490 (4th Cir. 2001)

Accordingly the petitions of Maria Digna Blano and Alicia E. Flores must be denied.

/s/
James C. Cacheris
United States District Judge

March 26, 2009
Alexandria, VA